Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
yesklaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA U. ZACHARIAS, | ) |
| | ) Case Number: 3:12-cv-06525 |
| | ) |
| Plaintiff, | ) STIPULATION TO ORDER EXTENDING |
| | ) TIME TO FILE RESPONSE |
| vs. | ) |
| | ) |
| JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A., SUCCESSOR-IN-INTEREST TO LASALLE BANK, N.A., AS TRUSTEE FOR THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA5 TRUST; AND DOES 1-10, INCLUSIVE, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties by and through counsel hereby stipulate to the following:

STIPULATION TO ORDER EXTENDING TIME TO FILE RESPONSE - 1

Whereas, Defendants' Motion to Dismiss Plaintiffs' Complaint is not yet set for hearing, and Counsel for Plaintiff requests an extension of time for Plaintiff to file a Response to Defendants' Motion to Dismiss Plaintiffs' Complaint to January 11, 2013 on the grounds of press of business, the deadline for Plaintiff's response is reset to January 11, 2013 and also the reply deadline is reset to January 18, 2013.

Dated: January 9, 2013                    /s/ Megan Dailey

*Of Counsel*, Yesk Law

Counsel for Plaintiff


Dated: January 9, 2013                    KEESAL, YOUNG, & LOGAN

/s/ Ian Ross

Counsel for Defendants

STIPULATION TO ORDER EXTENDING TIME TO FILE RESPONSE - 2

Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
yesklaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA U. ZACHARIAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A., SUCCESSOR-IN-INTEREST TO LASALLE BANK, N.A., AS TRUSTEE FOR THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA5 TRUST; AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case Number:  3:12-cv-06525<br><br>[Proposed] ORDER |

　　　This Court, having considered the STIPULATION TO ORDER EXTENDING TIME TO FILE RESPONSE of appearing parties,

[Proposed] ORDER - 1

IT IS HEREIN ORDERED THAT:

Plaintiff shall have until January 11, 2013 to file a response to Defendants' Motion to Dismiss Plaintiffs' Complaint, and Defendants shall have until January 18, 2013 to file their replies.

Dated: 1/10/13        Signed: _____

                      Hon. _____ District Court Judge

*IT IS SO ORDERED — Judge Samuel Conti*