1

2 **UNITED STATES DISTRICT COURT**

3 **NORTHERN DISTRICT OF CALIFORNIA**

4

5 REYNA U. ZACHARIAS,           )  Case No. CV 12-06525 SC

6            Plaintiff,  )

7         vs.          )  **~~[PROPOSED]~~ ORDER GRANTING PARTIES' SECOND STIPULATION TO STAY PROCEEDINGS**

8 JP MORGAN CHASE BANK, N.A.; BANK )
OF AMERICA, N.A., SUCCESSOR-IN- )

9 INTEREST TO LASALLE BANK N.A., AS )
TRUSTEE FOR THE WASHINGTON   )

10 MUTUAL MORTGAGE PASS-THROUGH )
CERTIFCATES WAMU SERIES 2007-  )

11 OA5 TRUST; AND DOES 1-10,     )
INCLUSIVE,              )

12            )
        Defendants. )

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 //

KYL_SF599508

[PROPOSED] ORDER GRANTING PARTIES' SECOND STIPULATION TO STAY PROCEEDINGS

1

### ORDER

2        Pursuant to the stipulation of Plaintiff REYNA U. ZACHARIAS ("Plaintiff") and

3  Defendants JP MORGAN CHASE BANK, N.A. and BANK OF AMERICA, N.A.,

4  SUCCESSOR-IN-INTEREST TO LASALLE BANK N.A., AS TRUSTEE FOR THE

5  WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFCATES WAMU

6  SERIES 2007-OA5 TRUST (collectively, "Defendants") filed on _____June 17_____, 2013, IT IS

7  HEREBY ORDERED that:

8        1.      This action shall be stayed until August 1, 2013.

9        2.      The last day for Defendants to file and serve via overnight mail their

10  response to the Amended Complaint ("First Amended Complaint") is August 1, 2013.

11        3.      In entering into this stipulation, Defendants do not waive any

12  defense to the First Amended Complaint.

13        **IT IS SO ORDERED.**

14

15  DATED: _____06/18/2013_____

16  U.S. _____ GE

17  Submitted by:                              Judge Samuel Conti

18

19  ____/s/ IAN ROSS____
    CARA L. FINAN, CASB No. 173887
20  cara.finan@kyl.com
    IAN ROSS, CASB No. 284842
21  ian.ross@kyl.com
    KEESAL, YOUNG & LOGAN
22  A Professional Corporation
    450 Pacific Avenue
23  San Francisco, California  94133
    Telephone:   (415) 398-6000
24  Facsimile:   (415) 981-0136

25  Attorneys for Defendants
    JP MORGAN CHASE BANK, N.A.; BANK OF
26  AMERICA, N.A., SUCCESSOR-IN-INTEREST
    TO LASALLE BANK N.A., AS TRUSTEE FOR
27  THE WASHINGTON MUTUAL MORTGAGE
    PASS-THROUGH CERTIFCATES WAMU
28  SERIES 2007-OA5 TRUST

KYL_SF599508

[PROPOSED] ORDER GRANTING PARTIES' SECOND STIPULATION TO STAY PROCEEDINGS