# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA U. ZACHARIAS,<br><br>            Plaintiff,<br><br>     vs.<br><br>JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A., SUCCESSOR-IN-INTEREST TO LASALLE BANK N.A., AS TRUSTEE FOR THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFCATES WAMU SERIES 2007-OA5 TRUST; AND DOES 1-10, INCLUSIVE,<br><br>            Defendants. | Case No. CV 12-06525 SC<br><br>[~~PROPOSED~~] **ORDER GRANTING PARTIES' SECOND STIPULATION TO STAY PROCEEDINGS** |

//

- 1 -

KYL_SF599508

[PROPOSED] ORDER GRANTING PARTIES' SECOND STIPULATION TO STAY PROCEEDINGS

# ORDER

Pursuant to the stipulation of Plaintiff REYNA U. ZACHARIAS ("Plaintiff") and Defendants JP MORGAN CHASE BANK, N.A. and BANK OF AMERICA, N.A., SUCCESSOR-IN-INTEREST TO LASALLE BANK N.A., AS TRUSTEE FOR THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFCATES WAMU SERIES 2007-OA5 TRUST (collectively, "Defendants") filed on ___June 17___, 2013, IT IS HEREBY ORDERED that:

1. This action shall be stayed until August 1, 2013.
2. The last day for Defendants to file and serve via overnight mail their response to the Amended Complaint ("First Amended Complaint") is August 1, 2013.
3. In entering into this stipulation, Defendants do not waive any defense to the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: __06/18/2013__

_____
U.S. DISTRICT JUDGE
Judge Samuel Conti

Submitted by:

___/s/ IAN ROSS___
CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
IAN ROSS, CASB No. 284842
ian.ross@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants
JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A., SUCCESSOR-IN-INTEREST TO LASALLE BANK N.A., AS TRUSTEE FOR THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFCATES WAMU SERIES 2007-OA5 TRUST