1  Michael Yesk (SB#130056)
   70 Doray Dr., Suite 16
2  Pleasant Hill, CA 94523
   925-849-5525
3  yesklaw@gmail.com
   Attorney for Plaintiffs
4
5                     UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7                        SAN FRANCISCO DIVISION
8
9  REYNA U. ZACHARIAS,                  ) Case No.: 3:12-cv-06525-SC
                                        )
10                                      ) ~~PLAINTIFFS' REQUEST TO APPEAR~~
          Plaintiffs,                   ) ~~TELEPHONICALLY AT THE CASE~~
11                                      ) ~~MANAGEMENT HEARING; (Proposed)~~
       vs.                              ) ~~ORDER~~
12 JP MORGAN CHASE BANK, N.A.; BANK     )
   OF AMERICA, N.A., SUCCESSOR-IN-      ) Date: November 15, 2013
13 INTEREST TO LASALLE BANK N.A., AS    ) Time: 10:00am
   TRUSTEE FOR THE WASHINGTON           ) Ctrm: 1, 17th floor
14 MUTUAL MORTGAGE PASS-THROUGH         )
   CERTIFCATES WAMU SERIES 2007-OA5     )      **DENIED**
15 TRUST; AND DOES 1-10, INCLUSIVE      )
16        Defendants                    )

17 TO DEFENDANT AND ITS COUNSEL OF RECORD:

18     Please take notice that Michael Yesk, counsel for Plaintiffs, hereby requests leave to

19 appear telephonically at the Case Management hearing set for November 15, 2013, at 10:00am in

20 Courtroom 1 of the above-entitled Court.

21 Grounds for the request are as follows:

22 1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the Court; and

23 2. An appearance by telephone will save considerable legal fees and costs.

24

25

26 For the foregoing reasons, Plaintiff requests permission to appear by telephone.

PLAINTIFFS' REQUEST TO APPEAR
TELEPHONICALLY AT THE CASE MANAGEMENT HEARING; (Proposed) ORDER

- 1 -

1
2  DATED: October 23, 2013
3
4
5  IT IS SO ORDERED
6
7                                                    UNITED STATES MAGISTRATE

