Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNA U. ZACHARIAS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A., SUCCESSOR-IN-INTEREST TO LASALLE BANK N.A., AS TRUSTEE FOR THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFCATES WAMU SERIES 2007-OA5 TRUST; AND DOES 1-10, INCLUSIVE<br>　　　　Defendants | Case No.: 3:12-cv-06525-SC<br><br>~~PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT HEARING; (Proposed) ORDER~~<br><br>Date: November 15, 2013<br>Time: 10:00am<br>Ctrm: 1, 17th floor<br><br>**DENIED** |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

　　Please take notice that Michael Yesk, counsel for Plaintiffs, hereby requests leave to appear telephonically at the Case Management hearing set for November 15, 2013, at 10:00am in Courtroom 1 of the above-entitled Court.

Grounds for the request are as follows:

1. Plaintiff's counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

For the foregoing reasons, Plaintiff requests permission to appear by telephone.

DATED: October 23, 2013

IT IS SO ORDERED



_____
UNITED STATES MAGISTRATE